AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| --- | --- |
| v. | ) |
| ARIAN TAHERZADEH, (DOB: XXXXXXXXX) | ) |
| HAIDER ALI, (DOB: XXXXXXXX) | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Case: 1:22-mj-00076
Assigned To : Harvey, G. Michael
Assign. Date : 4/5/2022
Description: COMPLAINT W/ ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   February 2020 through the present   in the county of _____ in the
_____ in the District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 912 - False Impersonation of a Federal Officer | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

David Elias, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:   04/05/2022

*Judge's signature*

City and state:        Washington, D.C.         G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*