AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:22-mj-00076 |
| ARIAN TAHERZADEH | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 4/5/2022 |
|  | ) Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ARIAN TAHERZADEH                                                                              ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 912 - False Impersonation of a Federal Officer

Date:    04/05/2022            *G. Michael Harvey* (Digitally signed by G. Michael Harvey, Date: 2022.04.05 19:44:31 -04'00')
                                                              *Issuing officer's signature*

City and state:        Washington, D.C.            G. Michael Harvey, U.S. Magistrate Judge
                                                              *Printed name and title*

### Return

This warrant was received on *(date)* 04-05-2022, and the person was arrested on *(date)* 04-06-2022
at *(city and state)* WASHINGTON DC.

Date: 04-06-2022                        [signature]
                                                              *Arresting officer's signature*

                                                              SA MATTHEW LAMPOOTA
                                                              *Printed name and title*