**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**ARIAN TAHERZADEH &**<br>**HAIDER ALI,**<br><br>Defendants. | Case No. 22-mj-76<br><br>18 U.S.C. § 912<br>**(False Impersonation of an Officer of the United States)** |

### GOVERNMENT'S MOTION FOR LEAVE TO SUBSTITUTE THE ORIGINAL AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

On April 5, 2022, the Government obtained a Complaint charging Arian Taherzadeh and Haider Ali with False Impersonation of an Officer of the United States, in violation of 18 U.S.C. § 912. The investigation of that offense, along with other federal offenses the Defendants may have committed together, continues. Through that investigation, the Government has developed additional evidence of each Defendant's role in the offense charged in the Complaint. The Government also, however, discovered a mistake in the original Affidavit.

To correct that mistake, and to bring additional facts supporting probable cause to the Court's attention, the Government respectfully requests leave to substitute the original Affidavit in Support of the Criminal Complaint with the attached Amended Affidavit. The correction and other changes are described in the Amended Affidavit.

The Government respectfully moves this Court to swear the Affiant to the Amended Affidavit and to enter the attached Order, substituting the Amended Affidavit for the original Affidavit. To be clear, the Government does not request that the original Affidavit be removed from the docket; the Government simply requests that the Amended Affidavit serve as the

operative affidavit in support of probable cause for the charge in the Complaint.

          Respectfully submitted,

          MATTHEW M. GRAVES
          UNITED STATES ATTORNEY
          D.C. Bar Number 481052

By: _____
     Joshua Rothstein
     Assistant United States Attorney
     United States Attorney's Office
     N.Y. Bar 4453759
     601 D St. NW Rm. 5.1523
     Washington, D.C. 20001
     Telephone: 202.252.7164
     Email: Joshua.rothstein@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ARIAN TAHERZADEH & HAIDER ALI,<br><br>Defendants. | Case No. 22-mj-76<br><br>18 U.S.C. § 912<br>(False Impersonation of an Officer of the United States) |

### ORDER

The Government submitted an Amended Affidavit in Support of the Criminal Complaint charging Arian Taherzadeh and Haider Ali with False Impersonation of an Officer of the United States, in violation of 18 U.S.C. § 912. The Government has moved to substitute the Amended Affidavit for the original Affidavit. The Court has reviewed the Amended Affidavit, confirmed that there remains probable cause for the charge in Complaint, and swore the Affiant to the Amended Affidavit.

For the reasons stated in the Government's motion and in the Amended Affidavit, the Court hereby ORDERS that Amended Affidavit substitute the original Affidavit. To be clear, there need be no actual substitution on the docket; the Amended Affidavit is simply the operative affidavit supporting probable cause for the charge in the Complaint.

SO ORDERED.

_____
J. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE